**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-01988

ROCKY MOUNTAIN WILD,
GRAND CANYON TRUST,
CENTER FOR BIOLOGICAL DIVERSITY,
SIERRA CLUB,
SOUTHERN UTAH WILDERNESS ALLIANCE,
BIODIVERSITY CONSERVATION ALLIANCE, and
LIVING RIVERS,

  Petitioners,

v.

NEIL KORNZE, Principal Deputy Director, Bureau of Land Management, and
BUREAU OF LAND MANAGEMENT,

  Respondents,

and

AMERICAN PETROLEUM INSTITUTE,

  Respondent Intervenor.

---
**ORDER GRANTING MOTION TO INTERVENE, DOC. 7**
---

Kane, J.

  Per Federal Rules of Civil Procedure 24(a)(2) and 24(b), American Petroleum Institute's Motion to Intervene, Doc. 7, is GRANTED.  Respondent Intervenor's participation is not, however, without limitation.  Counsel for Federal Respondents and counsel for American Petroleum Institute must confer before filing any motion, responsive filing, or brief to determine whether their positions may be set forth in a consolidated fashion.  Respondent Intervenor may file separate motions, responsive filings, or briefs only to raise arguments or issues Federal Respondents decline to raise in their filings.  Any new arguments raised by Respondent

Intervenor must be germane to the claims raised by the original parties; arguments relating to collateral issues will be stricken as immaterial. Any separate filings must include a Certificate of Compliance, confirming compliance with this conferral requirement. The Certificate of Compliance should also include a statement that the Federal Respondents' position does not adequately cover the issues Respondent Intervenor seeks to raise by way of supplemental filings.

DATED:      November 4, 2013                              BY THE COURT:

                                                                         *s/John L. Kane*
                                                                         John L. Kane, U.S. Senior District Judge