UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:13-cv-1988-JLK

**ROCKY MOUNTAIN WILD,**
**GRAND CANYON TRUST,**
**CENTER FOR BIOLOGICAL DIVERSITY,**
**SIERRA CLUB,**
**SOUTHERN UTAH WILDERNESS ALLIANCE,**
**BIODIVERSITY CONSERVATION ALLIANCE, and**
**LIVING RIVERS,**

Petitioners,
v.

**U.S. BUREAU OF LAND MANAGEMENT, et al.,**[1]

Respondents,

**AMERICAN PETROLEUM INSTITUTE**,

Respondent -Intervenor.

---

**FINAL JUDGMENT**

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the

Honorable John L. Kane on September 10, 2018, incorporated herein by reference, it is

ORDERED that the Petition challenging the U.S. Bureau of Land Management's actions is

DENIED. It is FURTHER ORDERED that final judgment is hereby entered in favor of

Respondents, U.S. Bureau of Land Management, et al., and against Petitioners, Rocky Mountain

---

[1] Petitioners brought this lawsuit against Respondents: 1) Neil Kornze, Director, Bureau of Land Management, and 2) U.S. Bureau of Land Management.  Neil Kornze is no longer the Director of the agency.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, his successor is automatically substituted as a party.  Currently, the agency identifies Brian Steed, Deputy Director for Policy and Programs, as exercising the authority of the Director.

1

Wild, et al.

DATED:  September 11, 2018