**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. : 13-cv-01988-JLK

**ROCKY MOUNTAIN WILD,
GRAND CANYON TRUST,
CENTER FOR BIOLOGICAL DIVERSITY,
SIERRA CLUB,
SOUTHERN UTAH WILDERNESS ALLIANCE,
BIODIVERSITY CONSERVATION ALLIANCE, and
LIVING RIVERS,**

Petitioners,

v.

**U.S. BUREAU OF LAND MANAGEMENT, et al.,[1]**

Respondents,

**AMERICAN PETROLEUM INSTITUTE**,

Respondent -Intervenor.

---

## AMENDED FINAL JUDGMENT

---

  Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable John L. Kane on September 10, 2018, incorporated herein by reference, the following Judgment is hereby entered.  It is

  ORDERED that the Petition challenging the U.S. Bureau of Land Management's actions is DENIED.  It is

---

[1] Petitioners brought this lawsuit against Respondents: 1) Neil Kornze, Director, Bureau of Land Management, and 2) U.S. Bureau of Land Management.  Neil Kornze is no longer the Director of the agency.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, his successor is automatically substituted as a party.  Currently, the agency identifies Brian Steed, Deputy Director for Policy and Programs, as exercising the authority of the Director.

FURTHER ORDERED that final judgment is hereby entered in favor of Respondents, U.S. Bureau of Land Management, et al., and against Petitioners, Rocky Mountain Wild, et al.

Dated at Denver, Colorado this 12th day of September, 2018.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:  s/   B. Abiakam, Deputy Clerk